UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY V. KONONOV,<br><br>    Petitioner,<br><br> v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT,<br><br>    Respondent. | No. 2:15-cv-0436-EFB P<br><br><br>ORDER |

   This case was closed on April 30, 2015 and judgment was duly entered. ECF Nos. 10, 11. On July 8, 2021, petitioner filed 25-pages of miscellaneous documents. ECF No. 15. On July 16, 2021, petitioner filed what appears to be a civil rights complaint. ECF No. 16. The court takes no action on these filings as this case is closed. Petitioner is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

   So ordered.

Dated: July 21, 2021.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE